FORM 522Q (09/07)

# United States Bankruptcy Court
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| IN RE: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Leon Edwin Lamphear**<br>1519 Baker<br>Kalamazoo, MI 49048<br>SSN: xxx–xx–5885<br>**Nettie Jane Lamphear**<br>1519 Baker<br>Kalamazoo, MI 49048<br>SSN: xxx–xx–2507<br><br>**Debtor(s)** | **Case Number 09–08486–jdg**<br><br>**Chapter 7**<br><br>**Honorable James D. Gregg** |
|---|---|

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF PROVISIONS UNDER 11 USC SECTION 522(q)(1)

   Pursuant to Sections 727(a)(12), 1141(d)(5), 1228(f), or 1328(h), as applicable, NOTICE is hereby given that creditors and parties in interest have 20 days from the date of service of this notice to file objection to the entry of an order of discharge on grounds that 11 USC Section 522(q)(1) may be applicable to the debtor(s) or that a proceeding is pending in which the debtor(s) may be found guilty of a felony as described in 11 USC Section 522(q)(1)(A) or may be liable for a debt as described in 11 USC Section 522(q)(1)(b).

   If such objections are filed, a hearing will be scheduled.


Dated: July 20, 2009                                /S/_____
                                                    DANIEL M. LAVILLE
                                                    Clerk of the Court

# CERTIFICATE OF NOTICE

```
District/off: 0646-1          User: peggy              Page 1 of 1              Date Rcvd: Jul 20, 2009
Case: 09-08486                Form ID: 522q            Total Noticed: 9

The following entities were noticed by first class mail on Jul 22, 2009.
db/db       +Leon Edwin Lamphear,   Nettie Jane Lamphear,   1519 Baker,   Kalamazoo, MI 49048-1213
5509182      AAA Financial Services,   PPO Box 15019,   Wilmington DE 19886-5019
5509183      Capital One,   PO Box 6492,   Carol Stream IL 60197-6492
5509184      Cardmember Service (Chase),   PO Box 94014,   Palatine IL 60094-4014
5509185      Cardmember Service (FCFCU),   PO Box 790408,   Saint Louis MO 63179-0408
5509186      Chase Home Finance,   PO Box 9001871,   Louisville KY 40290-1871
5509188      Citi Cards,   PO Box 688901,   Des Moines IA 50368-8901
5509190     +First Community Federal,   Credit Union,   550 South Riverview,   Kalamazoo MI 49004-1234
5509189    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,   PO Box 108,   Saint Louis MO 63166-9801)

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5509187*     Chase Home Finance,   PO Box 9001871,   Louisville KY 40290-1871
                                                                                          TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2009**                    **Signature:**    _Joseph Speetjens_