B6A (Official Form 6A) (12/07)

In re   **Leon Edwin Lamphear,**  
      **Nettie Jane Lamphear**  
                               Debtors

Case No.  **09-08486**

# SCHEDULE A - REAL PROPERTY - AMENDED

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1519 Baker Drive**<br>**Kalamazoo, MI 49048-1213** | **Fee simple** | **J** | **85,000.00** | **84,200.00** |
| **73 Mitchell Road**<br>**(Single Wide Trailer)** | | **J** | **12,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **97,000.00** | (Total of this page) |
| Total > | **97,000.00** | |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re **Leon Edwin Lamphear,**
**Nettie Jane Lamphear**,
Debtors

Case No. **09-08486**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **73 Mitchell Road (Single Wide Trailer)** | 11 U.S.C. § 522(d)(5) | 2,900.00 | 12,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account Chase Bank** | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| **Checking Account - First Community Federal Credit Union** | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Household Goods and Furnishings** | | | |
| **Living Room Furniture and Furnishings** | 11 U.S.C. § 522(d)(3) | 700.00 | 700.00 |
| **Bed Room Furniture and Furnishings** | 11 U.S.C. § 522(d)(3) | 600.00 | 600.00 |
| **Kitchen Furniture and Furnishings** | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Tools** | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| **Misc Household Goods and Furnishings** | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| **Wearing Apparel** | | | |
| **Clothes** | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Furs and Jewelry** | | | |
| **Jewelry** | 11 U.S.C. § 522(d)(4) | 300.00 | 300.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA - Edward Jones Investments** | 11 U.S.C. § 522(d)(12) | 40,000.00 | 40,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1995 Ford Pickup Truck** | 11 U.S.C. § 522(d)(2) | 3,000.00 | 3,000.00 |
| **1999 Camper/Trailer** | 11 U.S.C. § 522(d)(5) | 19,000.00 | 19,000.00 |
| Total: | | 67,700.00 | 76,800.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Michigan

In re  **Leon Edwin Lamphear**
**Nettie Jane Lamphear**
                                   Debtor(s)

Case No.  **09-08486**
Chapter  **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 15, 2009**              Signature   **/s/ Leon Edwin Lamphear**
                                                      **Leon Edwin Lamphear**
                                                      Debtor

Date  **September 15, 2009**              Signature   **/s/ Nettie Jane Lamphear**
                                                      **Nettie Jane Lamphear**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.