# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-08486 JDG  
**Case Name:** LAMPHEAR, LEON EDWIN  
LAMPHEAR, NETTIE JANE  
**Period Ending:** 12/18/09

**Trustee:** (420390)    Thomas C. Richardson  
**Filed (f) or Converted (c):** 07/17/09 (f)  
**§341(a) Meeting Date:** 09/15/09  
**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL PROPERTY - 1519 BAKER DRIVE | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | REAL PROPERTY - 73 MITCHELL ROAD | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | FURS AND JEWELRY | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | INTEREST IN IRA | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | AUTOMOBILES | 21,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | CAMPER | 5,000.00 | Unknown | | 0.00 | Unknown |
| 10 | TAX REFUNDS  (u) | Unknown | Unknown | | 0.00 | Unknown |
| 10 | **Assets**    **Totals**  (Excluding unknown values) | **$165,800.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Negotiating with Debtors re non-exempt assets.

Printed: 12/18/2009 03:34 PM    V.11.53

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| **Case Number:** | 09-08486 JDG | **Trustee:** (420390) Thomas C. Richardson |
| **Case Name:** | LAMPHEAR, LEON EDWIN | **Filed (f) or Converted (c):** 07/17/09 (f) |
| | LAMPHEAR, NETTIE JANE | **§341(a) Meeting Date:** 09/15/09 |
| **Period Ending:** | 12/18/09 | **Claims Bar Date:** |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** April 1, 2010          **Current Projected Date Of Final Report (TFR):** April 1, 2010

Printed: 12/18/2009 03:34 PM     V.11.53