UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION
* * * * * * * *

| | |
|---|---|
| IN RE: | Case No. 09-08486 |
| | (Chapter 7 filed 7/17/09) |
| LEON EDWIN LAMPHEAR and | |
| NETTIE JANE LAMPHEAR, | |
| | HON. JAMES D. GREGG |
| Debtors | Bankruptcy Judge |
| _____/ | |

### STIPULATION AND ORDER TO EXTEND DEADLINE FOR TRUSTEE TO OBJECT TO EXEMPTIONS

Debtors and Trustee stipulate that the deadline under Bankruptcy Rule 4003(b) for Trustee to object to Debtors' exemptions is extended until March 31, 2010.

Dated: 12/17/09

/s/
Thomas C. Richardson, Trustee (P31750)
P. O. Box 51067
Kalamazoo, MI 49005-1067
(269) 349-7415

LAW OFFICE OF DOUGLAS A. MERROW, PLLC

Dated: 12/16/09      By:      /s/
Thomas E. Becker (P53936)
Attorneys for Debtors
341 South Pitcher
Kalamazoo, MI 49007
(269) 323-1003

### ORDER

PRESENT:     JAMES D. GREGG, Bankruptcy Judge

Upon reading the attached Stipulation IT IS SO ORDERED that the deadline under Bankruptcy Rule 4003(b) for Trustee to object to Debtors' exemptions is extended until March 31, 2010.

### END OF ORDER

Signed: December 28, 2009

Hon. James D. Gregg
United States Bankruptcy Judge