UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION
* * * * * * * *

IN RE:  Case No. 09-08486
(Chapter 7 filed 7/17/09)

LEON EDWIN LAMPHEAR and
NETTIE JANE LAMPHEAR,

HON. JAMES D. GREGG
Debtors  Bankruptcy Judge
_____/

## APPLICATION TO ALLOW APPOINTMENT OF ATTORNEYS

Thomas C. Richardson, Trustee, moves this Court as follows:

1. He is the Trustee in this Chapter 7 filed July 17, 2009.

2. As Trustee he will require the services of attorneys for the purpose of assisting him in collecting and liquidating the assets of the estate and other matters necessary to the administration of the estate, including the following:

   (a) Settlement regarding exemptions.

   (b) Miscellaneous services.

3. The law firm of LEWIS, REED & ALLEN, P.C., has agreed to represent the Trustee with compensation to be at its then prevailing rates for such work, currently $225.00 per hour for Thomas C. Richardson, $200.00 per hour for other senior attorneys, $180.00 per hour for associates and $90.00 for legal assistants, together with actual costs and expenses incurred, subject to Court approval. To insure a meaningful distribution to creditors, counsel agrees to limit its fees to 40% of the assets recovered in this estate.

4. To the best of the knowledge of the Trustee, said firm does not presently represent any interest adverse to the estate and has no connection with the Debtors, their creditors or any other party in interest, or their respective attorneys and accountants, except as may be stated in the Verified Statement.

WHEREFORE, the undersigned requests that the Court enter an Order authorizing the employment of LEWIS REED & ALLEN, P.C., as counsel for the Trustee in this matter.

Dated:  3/16/10                                  /s.
                                                 Thomas C. Richardson, Trustee
                                                 P.O. Box 51067
                                                 Kalamazoo, MI 49005-1067
                                                 (269) 349-7415