UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION
* * * * * * * *

| | |
|---|---|
| IN RE: | Case No. 09-08486 |
| | (Chapter 7 filed 7/17/09) |
| LEON EDWIN LAMPHEAR and | |
| NETTIE JANE LAMPHEAR, | |
| | HON. JAMES D. GREGG |
| Debtors | Bankruptcy Judge |
| _____/ | |

### ORDER AUTHORIZING APPOINTMENT OF ATTORNEYS

PRESENT: HON. JAMES D. GREGG, Bankruptcy Judge

UPON APPLICATION of the Trustee, Thomas C. Richardson, seeking authority to employ LEWIS REED & ALLEN, P.C., to represent him in this proceeding, and the Court having reviewed the Verified Statement of No Conflict and being satisfied that no member of the aforesaid firm holds or represents any interest adverse to the estate, and that said attorneys are disinterested persons within the meaning of 11 USC 101(13);

IT IS HEREBY ORDERED that Thomas C. Richardson, Trustee, is authorized to employ LEWIS REED & ALLEN, P.C., to represent him in this case on the terms stated in the Application.

IT IS FURTHER ORDERED that a copy of this Order be served pursuant to this Court's CM/ECF electronic notification process upon:

  Thomas E. Becker, Debtors' Attorney
*Thomas C. Richardson, Chapter 7 Trustee
  U. S. Trustee's Office

*Prepared Order             **END OF ORDER**

Signed: April 23, 2010



Hon. James D. Gregg
United States Bankruptcy Judge