UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION
* * * * * * * *

IN RE:                                              Case No. 09-08486
                                                    (Chapter 7 filed 7/17/09)
LEON EDWIN LAMPHEAR and
NETTIE JANE LAMPHEAR,
                                                    HON. JAMES D. GREGG
           Debtors                                  Bankruptcy Judge
_____/

### ORDER APPROVING SETTLEMENT STIPULATION BETWEEN TRUSTEE AND DEBTORS

PRESENT: HON. JAMES D. GREGG, Bankruptcy Judge

The Chapter 7 Trustee having filed a Motion for Approval of Settlement Stipulation Between Trustee and Debtors; all creditors having been served with a copy of Trustee's motion, notice of motion and proposed order; Trustee having filed a certificate of no objection to the requested relief; and the Court being otherwise fully advised in the premises.

IT IS ORDERED that the settlement whereby Debtors will pay $1,800 in full by April 30, 2010, to settle the exemption issues, as set forth in the motion filed with the Court on March 18, 2010, is approved.

IT IS FURTHER ORDERED that a copy of this Order be served pursuant to this Court's CM/ECF electronic notification process upon:

   Thomas E. Becker, Debtors' Attorney
   *Thomas C. Richardson, Chapter 7 Trustee
   U. S. Trustee's Office

and served pursuant to first-class United States mail upon: _____(aeb)

   Leon and Nettie Lamphear, 1519 Baker, Kalamazoo, MI 49048

*Prepared Order                         **END OF ORDER**

Signed: April 24, 2010



Hon. James D. Gregg
United States Bankruptcy Judge