UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION
* * * * * * * *

IN RE:                                          Case No.  GK 09-08486
                                                (Chapter 7 filed 7/17/09)

LEON EDWIN LAMPHEAR and
NETTIE JANE LAMPHEAR,
                                                HON. JAMES D. GREGG
       Debtors                                  Bankruptcy Judge
_____/

## APPLICATION FOR ATTORNEY FEES AND EXPENSES

The Petition of LEWIS, REED & ALLEN, P.C. of Kalamazoo, Michigan, as attorneys for Thomas C. Richardson, Trustee, respectfully shows as follows:

1. That your Petitioners are practicing attorneys in said District and were duly appointed by order of this Court to act as attorneys for Thomas C. Richardson, Trustee, and that they have performed professional services for and on his behalf, at his request, and such services were necessary and proper in the administration of said estate and the charges therefor are reasonable and in accordance with charges for similar professional services in this District and were incurred for the benefit of said estate and its creditors. An itemization of said fees and expenses is more fully set forth in the attached statement marked "Exhibit A".

2. That said Petitioners have no understanding with the Trustee, the creditors, or with any other person or persons with regard to a division of fee. LEWIS, REED & ALLEN, P.C. has agreed to limit its attorney fees to no more than forty (40%) percent of the assets recovered in order that the Trustee can make a meaningful distribution to creditors in this case.

3. There have been no fees previously allowed by the Court.

WHEREFORE, the Petitioners pray that fees of $270.00 and expenses of $21.84 for a total sum of $291.84 be allowed and the said items therein be ordered paid and charged to the expenses of administration.

                                                LEWIS, REED & ALLEN, P.C.


Dated:   5/13/10                                By:   /s/
                                                   Thomas C. Richardson (P31750)
                                                   Attorneys for Trustee
                                                P. O. Box 51067
                                                Kalamazoo, MI 49005-1067
                                                (269) 388-7600