Form CLKCERT (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Leon Edwin Lamphear**<br>1519 Baker<br>Kalamazoo, MI 49048<br>SSN: xxx–xx–5885<br>**Nettie Jane Lamphear**<br>1519 Baker<br>Kalamazoo, MI 49048<br>SSN: xxx–xx–2507<br><br>**Debtor(s)** | **Case Number 09–08486–jdg**<br><br>**Chapter 7**<br><br>**Honorable James D. Gregg** |

## CLERK'S CERTIFICATION OF NO UNPAID COSTS

TO:  U.S. TRUSTEE and
     Thomas C. Richardson
     Chapter 7 Panel Trustee

The Clerk of the Court hereby certifies that on June 17, 2010 , the Trustee filed a Notification of Intent to File Final Report in the captioned case. As of this date and to the best of my knowledge, there are no unpaid court costs under 28 U.S.C. §1930(b).



Daniel M. LaVille
Clerk of Court

**Dated:** June 30, 2010